**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: EVERGREEN SYSTEMS LOGISTICS INC. | § | Case No. 13-13365-MFW |
| Systems, Sys-Tems Logistix, Inc. | § | |
| EZ Express Corp. | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Alfred T. Giuliano, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of the Clerk
824 Market Street, 3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 09/09/2026 in Courtroom 4, United States Courthouse, 824 Market Street, 5th Floor, Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/18/2026

By: /s/ Alfred T. Giuliano
Trustee

Alfred T. Giuliano
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: EVERGREEN SYSTEMS LOGISTICS INC.<br>Systems, Sys-Tems Logistix, Inc.<br>EZ Express Corp.<br><br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 13-13365-MFW |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 155.76 |
| *and approved disbursements of:* | $ | 97.74 |
| *leaving a balance on hand of*[1]*:* | $ | 58.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| WF | Wells Fargo Bank, N.A. | 0.00 | 0.99 | 0.00 | 0.99 |
| 38S | Michael Hendricks | 1,000.00 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.99 |
| Remaining balance: | $ | 57.03 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. T. Giuliano, P.C. | 38.94 | 0.00 | 38.94 |
| Trustee, Expenses - A. T. Giuliano, P.C. | 14.86 | 0.00 | 14.86 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 2.90 | 2.90 | 0.00 |
| Bond Payments - International Sureties, Ltd | 0.46 | 0.46 | 0.00 |
| Costs to Secure/Maintain Property - Marana Aerospace Solution, Inc. | 1.10 | 0.00 | 1.10 |
| Costs to Secure/Maintain Property - Hill Archive | 0.23 | 0.23 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Other Chapter 7 Administrative Expenses - Shanghai Wecan Freight Forwarding Co., Ltd. | 1.00 | 0.00 | 1.00 |
| Other Chapter 7 Administrative Expenses - Eternity Logistics Co., Ltd. | 1.00 | 0.00 | 1.00 |
| Other Chapter 7 Administrative Expenses - Indy Truck & Equipment | 0.05 | 0.00 | 0.05 |
| Attorney for Trustee Fees (Other Firm) - Pachulski Stang Ziehl & Jones LLP | 5.15 | 5.15 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Fox Rothschild LLP | 0.08 | 0.00 | 0.08 |

Total to be paid for chapter 7 administrative expenses: $ 57.03
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $219,193.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 3 | Cascade Centers, Inc | 509.40 | 0.00 | 0.00 |
| 4 | David B. Cain | 19,264.00 | 0.00 | 0.00 |
| 6 | Christopher Gaskins | 2,000.00 | 0.00 | 0.00 |
| 10 | Vinicio Rafael Beato Rosario | 1,151.25 | 0.00 | 0.00 |
| 11 | Katrina Polite | 0.00 | 0.00 | 0.00 |
| 12P | Dale Fowler | 5,160.00 | 0.00 | 0.00 |
| 14 | Troy Wayne Lyght | 3,321.57 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | Barrington James | 4,250.00 | 0.00 | 0.00 |
| 18 | Rafaela Estevez | 1,748.24 | 0.00 | 0.00 |
| 19 | Siale V. Langi | 0.00 | 0.00 | 0.00 |
| 19 -2 | Siale V. Langi | 0.00 | 0.00 | 0.00 |
| 19 -3 | Siale V. Langi | 1,440.00 | 0.00 | 0.00 |
| 20 | Guadalupe Natael Esparza | 1,300.00 | 0.00 | 0.00 |
| 22 | David Bautista | 0.00 | 0.00 | 0.00 |
| 22 | David Bautista | 13,776.00 | 0.00 | 0.00 |
| 23 | Marsha A. Hedrick | 645.91 | 0.00 | 0.00 |
| 24 | Rick Henkel, Jr. | 4,510.93 | 0.00 | 0.00 |
| 24 | Rick Henkel, Jr. | 0.00 | 0.00 | 0.00 |
| 25 | Lowell Lynel Hagar | 2,472.69 | 0.00 | 0.00 |
| 26 | Joe Simpson | 1,053.37 | 0.00 | 0.00 |
| 27 | Alex Samuel Larmon | 1,972.48 | 0.00 | 0.00 |
| 27 | Alex Samuel Larmon | 605.29 | 0.00 | 0.00 |
| 28 | Kenneth A Smith | 3,581.30 | 0.00 | 0.00 |
| 29 | Linda Kay Leis | 2,852.80 | 0.00 | 0.00 |
| 31 | Gregory T. Toney | 1,416.88 | 0.00 | 0.00 |
| 34 | Colton Lawrence Donner | 1,893.44 | 0.00 | 0.00 |
| 35 | Ali Gardiner | 1,129.70 | 0.00 | 0.00 |
| 36 | Everett Williams | 864.55 | 0.00 | 0.00 |
| 38P | U. S. Attorney's Office, District of DE | 1,000.00 | 0.00 | 0.00 |
| 39 | Michael Miyamoto | 1,220.00 | 0.00 | 0.00 |
| 40 | Rolando L Quindao | 800.00 | 0.00 | 0.00 |
| 41 | Darien Rodriguez | 650.00 | 0.00 | 0.00 |
| 42 | Mary B. Errand | 1,738.08 | 0.00 | 0.00 |
| 44 | Jorge Alberto Montanez | 906.40 | 0.00 | 0.00 |
| 46 | Edison Beltran | 2,698.17 | 0.00 | 0.00 |
| 47 | Deidre Renee Engel | 739.44 | 0.00 | 0.00 |
| 49 | Barbara Boudon | 480.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 55 | Judy Camacho | 3,560.00 | 0.00 | 0.00 |
| 58 | Byron J. Twogood | 0.00 | 0.00 | 0.00 |
| 58 -2 | Byron J. Twogood | 2,400.00 | 0.00 | 0.00 |
| 59 | Sharon Sterling | 50,000.00 | 0.00 | 0.00 |
| 60 | Zahir Dillawar | 3,000.00 | 0.00 | 0.00 |
| 62 | Nkechi Vivian Ekezie-Hobbs | 1,999.58 | 0.00 | 0.00 |
| 64 | David J. Jackson | 417.22 | 0.00 | 0.00 |
| 69 | Isabel Maria Irun | 2,700.61 | 0.00 | 0.00 |
| 75 | Winfield S. Lord | 2,200.00 | 0.00 | 0.00 |
| 76 | Timothy Smith | 700.00 | 0.00 | 0.00 |
| 77 | Kyle R. Koziol | 4,420.00 | 0.00 | 0.00 |
| 82 | Joseph A. Fendrick | 2,001.60 | 0.00 | 0.00 |
| 89 | Carlotta Belle | 0.00 | 0.00 | 0.00 |
| 89 | Carlotta Belle | 20,000.00 | 0.00 | 0.00 |
| 90 | Cynthia Ventura | 0.00 | 0.00 | 0.00 |
| 90 | Cynthia Ventura | 20,000.00 | 0.00 | 0.00 |
| 92 | William Salguedo Gonzalez | 800.00 | 0.00 | 0.00 |
| 93 | Kevin Andrew Shedlarski | 2,000.00 | 0.00 | 0.00 |
| 96 | Keshwar Jagdeo | 1,200.00 | 0.00 | 0.00 |
| 97 | Luis Armando Martinez | 1,148.37 | 0.00 | 0.00 |
| 98 | Internal Revenue Service | 610.94 | 0.00 | 0.00 |
| 99 | Olukayode Ewedemi | 744.44 | 0.00 | 0.00 |
| 101 | John T. Ortiz | 1,225.88 | 0.00 | 0.00 |
| 104 | Heath L. Johnson | 650.00 | 0.00 | 0.00 |
| 106 | Jimmie Marshall | 1,100.00 | 0.00 | 0.00 |
| 111 | Sacramento County Tax Collector | 1,779.67 | 0.00 | 0.00 |
| 119P | Charles R. Anhut | 3,951.20 | 0.00 | 0.00 |
| 119P | Charles R. Anhut | 536.01 | 0.00 | 0.00 |
| 124 | Dhanpaul Peter Ramdass | 2,896.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,701,298.58 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Church's Auto Parts | 3,248.90 | 0.00 | 0.00 |
| 2 | Church's Auto Parts | 3,248.90 | 0.00 | 0.00 |
| 5 | Satellite Specialized Transportation, Inc | 133,478.45 | 0.00 | 0.00 |
| 7 | Hawk Aviation LA-LLC | 31,704.52 | 0.00 | 0.00 |
| 8 | Hook Crane Service, Inc. | 4,137.43 | 0.00 | 0.00 |
| 9 | Brett Creighton | 0.00 | 0.00 | 0.00 |
| 12U | Dale Fowler | 1,089.94 | 0.00 | 0.00 |
| 13 | JM International | 4,800.00 | 0.00 | 0.00 |
| 15 | Corporate Loss Prevention Associates, Inc. | 167,040.53 | 0.00 | 0.00 |
| 16 | Todd Stinger | 0.00 | 0.00 | 0.00 |
| 21 | American Leak Detection | 1,123.60 | 0.00 | 0.00 |
| 30 | Accounting Connections | 5,104.00 | 0.00 | 0.00 |
| 32 | Krown1 FZC | 0.00 | 0.00 | 0.00 |
| 33 | Charles Smith | 493.75 | 0.00 | 0.00 |
| 37 | Wentzel Transportation,Inc. | 46,512.50 | 0.00 | 0.00 |
| 43 | Ramon Jamison, II | 200.00 | 0.00 | 0.00 |
| 45 | Carmelo Rodriguez | 0.00 | 0.00 | 0.00 |
| 48 | Miles Petroleum Corp., Inc. | 2,673.75 | 0.00 | 0.00 |
| 50 | Star Airline Catering | 0.00 | 0.00 | 0.00 |
| 50 -2 | Star Airline Catering | 0.00 | 0.00 | 0.00 |
| 50 -3 | Star Airline Catering | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 50 -4 | Star Airline Catering | 3,682.20 | 0.00 | 0.00 |
| 51 | Aeko Kula, Inc. | 287,740.44 | 0.00 | 0.00 |
| 52 | Coppersmith, Inc. | 7,153.90 | 0.00 | 0.00 |
| 53 | Quick Fuel Fleet Services, LLC | 59,796.65 | 0.00 | 0.00 |
| 54 | Sandhills Publishing Company dba Controller | 1,200.00 | 0.00 | 0.00 |
| 56 | Ruperto Villasin | 18,000.00 | 0.00 | 0.00 |
| 57 | Ferrellgas | 1,243.59 | 0.00 | 0.00 |
| 61 | F & L Lumber, Inc | 1,668.01 | 0.00 | 0.00 |
| 63 | Alofisa Tupuola | 250,000.00 | 0.00 | 0.00 |
| 65 | Robert Gorawski | 1,387.51 | 0.00 | 0.00 |
| 66 | Rice Furniture & Appliance | 3,135.00 | 0.00 | 0.00 |
| 67 | Indy Truck & Equipment | 0.00 | 0.00 | 0.00 |
| 67 -2 | Indy Truck & Equipment | 14,400.00 | 0.00 | 0.00 |
| 68 | GESFA S.R.L. | 42,233.78 | 0.00 | 0.00 |
| 70 | Kirby Devon Peters | 1,260.00 | 0.00 | 0.00 |
| 71 | Rockefeller Group Technology Solutions, Inc. | 1,589.27 | 0.00 | 0.00 |
| 72 | Needy Tile Co. | 8,866.97 | 0.00 | 0.00 |
| 73 | Alan Dorton | 1,544.01 | 0.00 | 0.00 |
| 74 | Caliber Logistics | 2,000.00 | 0.00 | 0.00 |
| 78 | Peninsula Truck Lines, Inc. | 2,291.13 | 0.00 | 0.00 |
| 79 | LaserShip, Inc. | 48,041.30 | 0.00 | 0.00 |
| 80 | Ogden Construction Group, LLC | 180.00 | 0.00 | 0.00 |
| 81 | Quality Paint Products | 805.89 | 0.00 | 0.00 |
| 83 | Honeywell International, Inc. | 109,911.01 | 0.00 | 0.00 |
| 84 | Cruz Nursery, LLC | 8,727.50 | 0.00 | 0.00 |
| 85 | Ceridian | 9.99 | 0.00 | 0.00 |
| 86 | Cruz Nursery, LLC | 8,727.50 | 0.00 | 0.00 |
| 87 | M R Contracting | 56,000.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 88 | Wa Sang Chan | 24,856.00 | 0.00 | 0.00 |
| 91 | Frischmuth Enterprises, LLC | 44,455.19 | 0.00 | 0.00 |
| 94 | Okello Oloya | 10,378.60 | 0.00 | 0.00 |
| 95 | Nate's Freight Services, Inc. | 38,899.14 | 0.00 | 0.00 |
| 100 | Verizon Wireless | 30,168.50 | 0.00 | 0.00 |
| 102 | Patick G. Needham | 400.00 | 0.00 | 0.00 |
| 103U | Eternity Logistics Co., Ltd. | 265,967.57 | 0.00 | 0.00 |
| 105 | Worldwide Flight Services | 185,370.00 | 0.00 | 0.00 |
| 107 | Jose H. Lopez | 1,284.00 | 0.00 | 0.00 |
| 108 | Jet-Mods, Inc. | 77,182.50 | 0.00 | 0.00 |
| 109U | Shanghai Wecan Freight Forwarding Co., Ltd. | 546,517.24 | 0.00 | 0.00 |
| 110 | Global Logistics and Forwarding, B.V. | 24,898.05 | 0.00 | 0.00 |
| 111 | Sacramento County Tax Collector | 1,779.67 | 0.00 | 0.00 |
| 112 | Airline Container Service, Inc. | 11,566.17 | 0.00 | 0.00 |
| 113 | International Airlines Technical Pool | 183,951.64 | 0.00 | 0.00 |
| 114 | Tri-State Seed Company, LLC | 46,364.93 | 0.00 | 0.00 |
| 115 | Chicago Aircraft, Inc. | 69,050.00 | 0.00 | 0.00 |
| 116 | Imperial Office Solutions | 22,829.76 | 0.00 | 0.00 |
| 117 | Hennigan Dorman, LLP | 552,006.25 | 0.00 | 0.00 |
| 118 | McKool Smith Hennigan, P.C. | 203,656.52 | 0.00 | 0.00 |
| 119U | Charles R. Anhut | 4,346.32 | 0.00 | 0.00 |
| 120 | Accessory One of Oregon | 4,415.50 | 0.00 | 0.00 |
| 121 | Sacramento County Airport System | 4,024.13 | 0.00 | 0.00 |
| 122 | Wise Tire & Brake Co., Inc. | 478.98 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $49,257.30 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 123 | Air China | 49,257.30 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Alfred T. Giuliano
Trustee

Alfred T. Giuliano
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.